**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**DARWIN GUTIERREZ CHIRINOS,** §
**Petitioner,** §
§
**v.** §
§ **SA-26-CV-6755-JKP**
**D.H.S., ET AL.,** §
§
**Respondents.** §

**ORDER OF DISMISSAL**

Before the Court is a document filed by *pro se* Petitioner Darwin Gutierrez Chirinos in this 28 U.S.C. § 2241 immigration matter, which the Court construes as a voluntary motion to dismiss. (ECF No. 5); *see* FED. R. CIV. P. 41(a)(2). Upon review, the Court **ORDERS** the motion **GRANTED** and Petitioner's § 2241 Petition be **DISMISSED WITHOUT PREJUDICE**. (ECF No. 1); *see* FED. R. CIV. P. 41(a)(2).

It is so **ORDERED**.

**SIGNED** this 19th day of November, 2026.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE